**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

    Plaintiff,

v.

Abdikerm Abdelahi Eidleh (2),

    Defendant.

Case No. 22-cr-223 (NEB/DTS)

**ORDER**

---

The Court previously determined that the defendant in the above matter is financially unable to employ counsel and appointed the Office of the Federal Defender pursuant to 18 U.S.C. § 3006A. The Court finds that, given the complexity of this matter, the appointment of two attorneys is necessary and in the interests of justice, consistent with the *Guide to Judiciary Policy*, Vol. 7, Ch. 2.

**IT IS HEREBY ORDERED** that Peter Johnson, Attorney ID 0392009, and Anders Erickson, Attorney ID 0392170, be appointed to serve as co-counsel to represent the defendant.

Dated: July 30, 2026

    s/ David T. Schultz
    DAVID T. SCHULTZ
    United States Magistrate Judge