# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUBSTITUTION OF COUNSEL** |
| Plaintiff(s) | Case No: 22-CR-00223 |
| v. | |
| ABDIKERM EIDLEH | |
| Defendant(s) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendant Abdikerm Eidleh has retained Matthew Mankey to substitute as counsel for Peter Johnson and Anders Erickson in this case.

Dated:  07/30/2026_____

*/s/ Matthew Mankey*
Matthew J. Mankey
(#0230303)
Mankey Law Office
701 Xenia Ave S, Suite 425
Golden Valley, MN 55416
(763) 560-4388
matthewmankey@comcast.net
Attorney for Defendant