**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,    )

                )

        Plaintiff,    )

                )

v.                   )

                )

Abdikerm Abdelahi Eidleh (2),    )

                )

        Defendant.    )

                )

                )

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-223 (NEB/DTS) |
| Date: | July 31, 2026 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 10:07 a.m. |
| Time Concluded: | 10:10 a.m. |
| Time in Court: | 3 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney's
Defendant: Matthew Mankey
        X Retained

On  X Indictment

X Defendant waives the right to the detention hearing but reserves the right to reopen in the future if circumstances change.
X Defendant Ordered Detained. Government to submit proposed order.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

                                        *s/ms*
                              Signature of Criminal Duty Clerk