# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Abdikerm Abdelahi Eidleh (2),

      Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-223 (NEB/DTS) |
| Date: | July 31, 2026 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 10:02 a.m. |
| Time Concluded: | 10:06 a.m. |
| Time in Court: | 4 minutes |

APPEARANCES:

 Plaintiff: Matthew Murphy, Assistant U.S. Attorney's
 Defendant: Matthew Mankey
    X Retained

**Indictment Dated:** September 13, 2022

  X Reading of Indictment Waived  X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                 _s/ms_
              Signature of Courtroom Deputy